# United States Court of Appeals
## For the First Circuit

No. 13-1779

PHILIP MACDONALD,

Plaintiff, Appellant,

v.

TOWN OF EASTHAM ET AL.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 12, 2014 is corrected as follows:

On page 3, line 12, the first sentence of the paragraph shall be amended to read:

"When the plaintiff returned to his abode some 30 minutes later, he was detained."